JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Enerlites, Inc, et al, <br><br> Plaintiff, <br><br> v. <br><br> Century Products, Inc, et al, <br><br> Defendant(s). | SACV 18-00839-JVS(KESx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: May 13, 2019

               _____
                 James V. Selna
               United States District Judge