# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERLITES, INC. and TOP GREENER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENTURY PRODUCTS, INC., a California Corporation; WEI HU, an individual and DOES 1-10, inclusive, <br><br> Defendants. <br><br> CENTURY PRODUCTS, INC., a California Corporation; WEI HU, an individual and DOES 1-10, inclusive, <br><br> Counterclaimants, <br><br> v. <br><br> ENERLITES, INC. and TOP GREENER, INC., <br><br> Counter-Defendants. | Case No. 18-cv-00839-JVS-KESx <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

ORDER OF DISMISSAL

| | |
|---|---|
| 1 | The Court, having considered the Joint Stipulation for Dismissal with |
| 2 | Prejudice of all claims and counterclaims between Plaintiffs Enerlites, Inc. and Top |
| 3 | Greener, Inc. and Defendants Century Products, Inc. and Wei Hu, and good cause |
| 4 | appearing therefor, |
| 5 | IT IS HEREBY ORDERED that all claims and counterclaims between these |
| 6 | stipulating parties are DISMISSED WITH PREJUDICE, with each party bearing |
| 7 | its own attorneys' fees and costs. |

DATED: May 20, 2019

_____
Hon. James V. Selna
United States District Court Judge